```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 00340
   SHARON A LATIKER
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8570

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 01/05/2005 and was confirmed 05/11/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was paid in full 11/28/2007.
------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
 PEOPLES GAS LIGHT & COKE  UNSECURED         1407.10           .00         140.71
 FRANKLIN CREDIT MGMT      CURRENT MORTG         .00           .00            .00
 FRANKLIN CREDIT MANAGEME  NOTICE ONLY    NOT FILED            .00            .00
 FRANKLIN CREDIT MGMT      MORTGAGE ARRE     927.62           .00         927.62
 COMMONWEALTH EDISON       UNSECURED      NOT FILED            .00            .00
 INTERNAL REVENUE SERVICE  UNSECURED OTH   8881.93            .00         917.96
 MATERRE & ASSOCIATES PC   SECURED           16.97            .00          16.97
 MED PAY MANAGEMENT SYSTE  UNSECURED      NOT FILED            .00            .00
 MY DENTIST                UNSECURED      NOT FILED            .00            .00
 NCM TRUST                 UNSECURED OTH    630.34            .00          65.15
 UNITED STUDENT AID FUNDS  UNSECURED OTH 164115.03            .00       16961.53
 TRANSOUTH FINANCIAL       UNSECURED OTH  10003.23            .00        1033.85
 COOK COUNTY TREASURER     SECURED           27.80            .00          27.80
 CITY OF CHICAGO           UNSECURED        1977.33           .00         197.73
 ALLLIANCE ASSET MANAGEME  UNSECURED         188.63           .00          18.86
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,253.25                     3,253.25
 TOM VAUGHN                TRUSTEE                                      1,373.31
 DEBTOR REFUND             REFUND                                           .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
 TRUSTEE             24,934.74

 PRIORITY                                         .00
 SECURED                                       972.39
 UNSECURED                                  19,335.79
 ADMINISTRATIVE                              3,253.25
 TRUSTEE COMPENSATION                        1,373.31
 DEBTOR REFUND                                    .00
                     ---------------     ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 00340 SHARON A LATIKER
```

```
TOTALS                                    24,934.74          24,934.74
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```